UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : INFORMATION

        -v.- : S4 13 Cr. 242 (SAS)

LUIS GUZMAN, :

        Defendant. :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 6 2014

### COUNT ONE

The United States Attorney charges:

1. From at least in or about 2008, up to and including on or about April 2, 2013, in the Southern District of New York and elsewhere, LUIS GUZMAN, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that LUIS GUZMAN, the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances involved in the offense were (1) mixtures and substances containing cocaine base, in a form commonly known as "crack," and (2) mixtures and substances containing

1

heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense alleged in Count One of this Information, LUIS GUZMAN, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in Count One of this Information.

#### Substitute Assets Provision

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 981, and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 981.)

*Preet Bharara*
PREET BHARARA *RK*
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

LUIS GUZMAN

Defendant.

---

INFORMATION

S4 13 Cr. 242 (SAS)

Title 21, United States Code, Section 846

---

Deft. pres. with attorney  NEIL  B. CHECKMAN
AUSA MASELLA   Court Reporter  DEBBIE  LYONS
Interpreter pres/not pres. Deft. withdraws plea of not guilty & enters a plea
of guilty to count(s)  1  .PSI Ordered, Sentence 7-7-14 @ 4:30 p.m.
Bail  DETAINED .
Mag. Judge ELLIS recommends Judge SCHEINDLIN
accept the guilty plea.

6-16-14