111 Broadway, Suite 1305
New York, NY 10006
212.264.9940
Fax 212.346.4665
neil@checkmanlaw.com
www.checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/14

July 8, 2014

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Allie, et al., (Luis Guzman),
S-4     13 Cr. 242 (SAS)**

Dear Judge Scheindlin:

I am the attorney assigned pursuant to the Criminal Justice Act to represent Luis Guzman on the above-referenced Information. This Court sentenced Mr. Guzman to twenty-four months incarceration yesterday. Mr. Guzman has requested that I provide him with a copy of the sentencing transcript.

Accordingly, it is respectfully requested that the Court, by memorandum-endorsing this letter, authorize counsel to order the sentencing transcript.

Very truly yours,

Neil B. Checkman

Neil B. Checkman

/NBC
cc: Mr. Luis Guzman

*Counsel may order the sentencing transcript and provide it to his client.*

*So Ordered:*

*[signature] USDJ 7/10/14*