USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :

UNITED STATES OF AMERICA          :      **ORDER**

         - v. -                       :      S4 13 Cr. 242 (SAS)

LUIS GUZMAN,

               Defendant.    :

------------------------------------------X

       WHEREAS, with the consent of defendant LUIS GUZMAN, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on June 16, 2014;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
           August 18, 2014

                                        SHIRA A. SCHEINDLIN
                                        UNITED STATES DISTRICT JUDGE
                                        Southern District of New York